SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Hatim A. Elbadri, et al,<br><br><br>　　　　Defendants | Case No.: CIV.S 08-cv-02952-LKK-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF KUMAR B. RAMALINGAM; MALA RAMALINGAM AND ORDER**<br><br>Complaint Filed: DECEMBER 4, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Kumar B. Ramalingam; Mala Ramalingam) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendants (Kumar B. Ramalingam; Mala Ramalingam) are dismissed because Plaintiff and these Defendants have settled their differences

Dated: March 11, 2009　　　　　　　　　　　/s/Scott N. Johnson
　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated: May 6, 2009

---
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-02952-LKK-DAD